**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: January 20, 2009**

_____
FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-60737-FRM |
| GLORIA ARMAND, | § | CHAPTER 13 |
| Debtor | § | |
| ------------------------------- | § | |
| GLORIA ARMAND | § | ADVERSARY NO. 08-06026 |
| VS. | § | |
| JAMES M. WRIGHT | § | |

**ORDER GRANTING MOTION TO REMAND REMOVED
STATE COURT PROCEEDINGS BACK TO BELL COUNTY TEXAS**

ON THIS DATE came on to be considered JIM WRIGHT's Motion to Remand Removed State Court Proceedings Back to Bell County Texas filed in the above-entitled and numbered cause, and the Court, having reviewed the pleadings, finds that said Motion is with merit. And therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JIM WRIGHT's Motion to Remand Removed State Court Proceedings Back to Bell County Texas shall be and is hereby granted.

# # #

Prepared by:

MONTEZ & WILLIAMS, P.C.
John A. Montez
3809 West Waco Drive
Waco, TX    76710
254-759-8600   Telephone
254-759-8700 Telecopier